In the Matter of IDS Property Casualty Insurance Company, Appellant, v Dave Jagsarran, Sr., Respondent. [31 NYS3d 876]—Appeal from oral ruling, Supreme Court, New York County (Ira Gammerman, J.H.O.), rendered November 13, 2014, deemed an appeal from order (CPLR 5520 [c]), same court and J.H.O., entered October 14, 2015, which dismissed the petition to permanently stay arbitration, and directed the parties to proceed to arbitration, and so considered, said order unanimously reversed, on the facts, without costs, the petition granted, and the arbitration permanently stayed.

In view of respondent's admissions contained in the police accident report and the medical records of his treatment, Supreme Court's determination that respondent's accident was a hit-and-run covered by petitioner's policy is against the weight of the evidence. Concur—Friedman, J.P., Renwick, Andrias, Gische and Webber, JJ.